UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **ROBERTO CONTRERAS**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**WORLDWIDE INDUSTRIES CORP.**,<br><br>Defendant. | Civil Case No.: 2:23-cv-00532-WSS |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff and Defendant have jointly moved the Court to approve their Joint Stipulation of Settlement and Release ("Proposed Settlement") and the Notice and Consent and Release Forms included as Exhibit B and C to the Proposed Settlement. Having received and considered the Proposed Settlement and, the supporting papers filed by the Parties, the Court grants approval of the Proposed Settlement, and HEREBY ORDERS as follows:

1) The Proposed Settlement is APPROVED in its entirety;

2) The parties are directed to implement and complete the notice and claims process described in the Proposed Settlement;

3) This action is dismissed with prejudice, with each side bearing its own attorneys' fees and costs, subject to the Proposed Settlement.

IT IS SO ORDERED.

Signed on __4/19/24__

_____
Honorable William S. Stickman

1